# AFFIDAVIT OF SERVICE

**State of New York**  **County of**  **United States District Court Court**

Index Number: 08CIV0550
Date Filed: 1/22/2008

Plaintiff:
**Nancy Pascal individuallu and on behalf of a class**
vs.
Defendant:
**Allan P. Feigelson individually and doing business as Allan P. Feigelson PA a dissolved corporation and Bank of America NA**

For:
Abraham Kleinman
Law Offices Kleinman LLC
626 Rexcorp Plaza
uniondale, NY  11556-0626

Received by Special Process Service LTD on the 24th day of January, 2008 at 3:09 pm to be served on **Allan P. Feigelson, 8337 Cherry Ln, Laurel, MD 20732.**

I, Kate Johnson, being duly sworn, depose and say that on the **24th day of January, 2008 at 3:35 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, Complaint-Class Action, Jury Demand** with the date and hour of service endorsed thereon by me, to: **Allan P. Feigelson** at the alternate address of: **8337 Cherry Ln, Laurel, MD 20707**, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person** Served: Age: 50, Sex: M, Race/Skin Color: w, Height: 5-5, Weight: 140, Hair: s/p, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 24th day of January, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC  exp. 4-30-08

Kate Johnson
Process Server

**Special Process Service LTD**
P.O. Box 935
Beltsville, MD  20704
(301) 725-9533

Our Job Serial Number: 2008000501
Ref: Pascal