UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
NANCY PASCAL,
Individually and on behalf of a class,

                          Plaintiff,

                  - against -

ALLAN P. FEIGELSON, individually and doing business
as ALLAN P. FEIGELSON, P.A., a dissolved corporation
and BANK OF AMERICA, N.A.

                        Defendants.
------------------------------------------------ x

Case No.: CV 08-0550

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and in order to enable the judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants ALLAN P. FEIGELSON, and ALLAN P. FEIGELSON, P.A., incorrectly sued herein as ALLAN P. FEIGELSON, P.A., individually and doing business as a dissolved corporation, hereby certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties in which securities or other interests are publicly traded or held.

Dated:    New York, New York
            February 11, 2008

                                  Yours, etc.

                  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                            By: _____
                                Mark K. Anesh (MKA-8303)
                                Attorney for Defendants
                                ALLAN P. FEIGELSON, individually and
                                doing business as
                                ALLAN P. FEIGELSON, P.A.
                                150 East 42nd Street
                                New York, New York 10017-5639
                                (212) 490-3000
                                File No. 04824.00010

TO:    KLEINMAN LLC
         626 RexCorp Plaza
         Uniondale, NY  11556-0626

3119538.1

- 2 -

(516) 522-2621
(888) 522-1692 (fax)
akleinman@solve360.com

Cathleen M. Combs
EDELMAN COMBS LATTURNER &
GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
ccombs@edcombs.com