UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY PASCAL, individually and on behalf of a class,<br><br>              Plaintiff,<br><br>      v.<br><br>ALLAN P. FEIGELSON, individually and doing business as ALLAN P. FEIGELSON, P.A., a dissolved corporation, and BANK OF AMERICA, N.A.,<br><br>              Defendants. | Case No. 08 CIV 0550 (SCR)<br><br>**NOTICE OF APPEARANCE** |

Defendant Bank of America, N.A., hereby appears in the above-referenced action by its counsel Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022, (212) 521-5400.

Dated: New York, New York
       February 11, 2008

                            REED SMITH LLP

                            By: _/s/ Andrew B. Messite_
                                Andrew B. Messite (ABM-3748)
                            599 Lexington Avenue
                            New York, New York 10022
                            Tel: (212) 521 5400

                            Attorneys for Defendant
                            Bank of America, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following counsel on this 11th day of February, 2008 by electronic mail on:

Abraham Kleinman
Kleinman LLC
626 RexCorp Plaza
Uniondale, NY 11556-0626
akleinman@solve360.com

Cathleen M. Combs
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street
Suite 1800
Chicago, ILL 60603
ccombs@edcombs.com

_____
Andrew Messite (ABM-3748)