# ReedSmith

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
212.521.5400
Fax 212.521.5450

**Andrew B. Messite**
Direct Phone: 212.521.5445
Email: amessite@reedsmith.com

February 7, 2008

**BY FACSIMILE (914) 390-4179**

## MEMO ENDORSED

Hon. Stephen C. Robinson
United States District Court
300 Quarropas Street, Room 633
White Plains, New York 10601

    Re:    Pascal v. Feigelson
             08 CIV. 0550 (SCR)

Dear Judge Robinson:

    We are the attorneys for defendant Bank of America, N.A. ("BOA") in the above-referenced action. We write to request an <u>extension of BOA's time to respond to the Complaint</u> herein from February 12, 2008 to March 12, 2008. Plaintiff consents to this request. No prior such requests have been made and no other dates in the litigation will be impacted.

                          Respectfully submitted,

                          *Andrew B. Messite*

                          Andrew B. Messite

ABM/bt

cc:    Abraham Kleinman, Esq. (via email)
       Cathleen M. Combs, Esq. (via email)
       Mark K. Anesh, Esq. (via email)

**APPLICATION GRANTED**

*Stephen C. Robinson*

HON. STEPHEN C. ROBINSION
2/11/08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com