FEB-29-2008 11:11 ECLG LLC 3124190379 P.10
Case 7:08-cv-00550-SCR  Document 10  Filed 03/03/2008  Page 1 of 1
Case 7:08-cv-00550-SCR  Document 3  Filed 01/29/2008  Page 9 of 9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NANCY PASCAL,
individually and on behalf of a class,

        Plaintiff,

vs.

08 CV 550 (SCR)

ALLAN P. FEIGELSON, individually
and doing business as ALLAN P.
FEIGELSON, P.A., a dissolved corporation,
and BANK OF AMERICA, N.A.,

        Defendants.

------------------------------------------------------------x

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Cathleen M. Combs, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

SO ORDERED:

_____
Honorable Judge Robinson

DATED: February 29, 2008.
White Plains, NY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```