UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY PASCAL, individually and on behalf of a class,<br><br>                Plaintiff,<br><br>                v.<br><br>ALLAN P. FEIGELSON, individually and doing business as ALLAN P. FEIGELSON, P.A., a dissolved corporation, and BANK OF AMERICA, N.A.,<br><br>                Defendants. | Civil Action No. 08-0550<br><br>Judge Robinson |

## DEFENDANT BANK OF AMERICA, N.A.'s MANDATORY CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for defendant Bank of America, N.A. certifies that the parent company of Defendant Bank of America, N.A., is N.B. Holdings Corporation, a wholly owned subsidiary of Bank of America Corporation, a publicly traded company.

Dated: March 17, 2008

                                        REED SMITH LLP

                                        By: *[signature]*
                                        Andrew Messite (AM-3748)
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        Telephone: 212.521.5400
                                        Email: amessite@reedsmith.com

                                        Counsel for Defendant Bank of America, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2008 I caused a true and correct copy of the Corporate Disclosure to be served by electronic service to:

Abraham Kleinman
Kleinman LLC
626 RexCorp Plaza
Uniondale, NY 11556-0626
akleinman@solve360.com

Cathleen M. Combs
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street
Suite 1800
Chicago, ILL 60603
ccombs@edcombs.com

Mark K. Anesh
150 East 42nd Street
New York, NY 10017-5639

_____
Andrew Messite (AM-3748)