SCANNED  ORIGINAL

Andrew B. Messite (ABM-3748)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 521-5445

*Attorneys for Defendant Bank of America, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NANCY PASCAL, individually and on
behalf of a class,

                Plaintiff,

        v.

ALLAN P. FEIGELSON, individually and doing
business as ALLAN P. FEIGELSON, : A
a dissolved corporation, and BANK OF AMERICA,
N.A.,

                Defendants.

------------------------------------------------------------------

08 CV 0550 (SCR)

**NOTICE OF MOTION**

FILED
U.S. DISTRICT COURT
2008 MAR 26 PM 2: 55
S.D. OF N.Y.

      PLEASE TAKE NOTICE that upon the accompanying affidavits of Andrew B. Messite,

sworn March 19, 2008 and Dianna C. Wyrick sworn to March 20 , 2008 and the exhibits annexed

thereto, and upon all prior proceedings had herein, defendants Bank of America, N.A. will move

this Court, Hon. Stephen C. Robinson at the United States Courthouse, 300 Quarropas St., White

Plains, NY 10601, at a date and time to be designated by the Court, for an Order, pursuant to

Local Civil Rule 1.3(c), admitting Dianna C. Wyrick to the bar of this Court, pro hac vice, solely

for the purpose of representing defendant Bank of America, N.A. in connection with the above-

captioned action, and for such other and further relief as this Court deems proper.

Dated:  New York, New York
          March 20, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

REED SMITH LLP

By: *Andrew B. Messite*

Andrew B. Messite (ABM-3748)
599 Lexington Avenue
New York, New York  10022
Tel. (212) 521-5445
Fax (212) 521-5450
amessite@reedsmith.com

*Counsel for Defendant*
*Bank of America, N.A.*

**To:**
Abraham Kleinman
Kleinman LLC
626 Rex Corp Plaza
Uniondale, NY  11556-0626
akleinman@solve360.com

Cathleen M. Combs
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL  60603
ccombs@edcombs.com

***Counsel for Plaintiff Nancy Pascal***

Jamie Rebecca Wozman
Shelowitz Broder LLP
11 Penn Plaza, 5th Floor
New York, NY  10001
wozmanj@wemed.com

Mark K. Anesh
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

***Counsel for Allan P. Feigelson and Allan P. Feigelson, P.A.***

ORIGINAL

Andrew B. Messite (ABM-3748)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 521-5445

*Attorneys for Defendants Bank of America, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NANCY PASCAL, individually and on
behalf of a class,

                Plaintiff,

            v.

ALLAN P. FEIGELSON, individually and doing
business as ALLAN P. FEIGELSON, P.A.,
a dissolved corporation, and BANK OF AMERICA,
N.A.,

                Defendants.

------------------------------------------------------------------

Case No. 08 CV 0550 (SCR)

**AFFIDAVIT OF ANDREW
B. MESSITE IN SUPPORT
OF MOTION TO ADMIT
COUNSEL**
***PRO HAC VICE***

STATE OF NEW YORK   )
                      : ss.:
COUNTY OF NEW YORK  )

       Andrew B. Messite, being duly sworn, hereby deposes and says as follows:

       1.     I am a member of Reed Smith LLP, counsel for Defendant Bank of America,

N.A. in connection with the above-captioned action. I am familiar with the proceedings in this

case. I make this statement based on my personal knowledge of the facts set forth herein and in

support of my motion to admit Dianna C. Wyrick as counsel *pro hac vice* to represent Defendant

Bank of America, N.A.

       2.     I am a member in good standing of the bar of the State of New York and was

admitted to practice law in 1990. I am also admitted to the bar of the United States District

Courts for the Southern and Eastern Districts of New York, and am in good standing in each

Court.

3.      Ms. Wyrick is a member of Reed Smith LLP, in Pittsburgh, Pennsylvania.

4.      I have found Ms. Wyrick to be a skilled attorney and a person of integrity.  She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court.

5.      Accordingly, I am pleased to move the admission of Dianna C. Wyrick.

6.      I respectfully submit a proposed order granting the admission of Dianna C. Wyrick, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Dianna C. Wyrick, *pro hac vice*, to represent Defendant Bank of America, N.A. in the above-captioned matter, be granted.

ANDREW B. MESSITE (ABM-3748)

Sworn to before me this
19th day of March, 2008.

Notary Public

SANDRA ANCHUNDIA-RAMOS
Notary Public, State of New York
No. 31-4919484
Qualified in Queens County
Commission Expires February 16, 20 10

- 2 -

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

NANCY PASCAL, individually and on                   :
behalf of a class,                                  :       08 CV 0550 (SCR)
                Plaintiff,          :
                             :
        v.                                 :
                             :
                             :
ALLAN P. FEIGELSON, individually and doing          :
business as ALLAN P. FEIGELSON, P.A.,               :
a dissolved corporation, and BANK OF AMERICA,       :
N.A.,                                               :
                Defendants.         :

-----------------------------------------------------------------------

## <u>ORDER OF ADMISSION TO PRACTICE, Pro Hac Vice</u>

        Dianna C. Wyrick having represented that she is a member in good standing of the bar in

the Commonwealth of Pennsylvania, having requested admission, <u>pro hac vice</u>, to represent, the

defendant Bank of America, N.A. in the above-captioned action,

        **ORDERED**, that Dianna C. Wyrick, Esq. is admitted, <u>pro hac vice</u> in the above-captioned

action, in the United States District Court, Southern District of New York, subject to payment of

the filing fee.

Dated: March ___, 2008
       White Plains, New York


                                 _____
                                    United States District Judge

**ORIGINAL**

Andrew B. Messite (ABM-3748)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 521-5445

*Attorneys for Defendants Bank of America, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

| | | |
|---|---|---|
| NANCY PASCAL, individually and on behalf of a class, | : | 08 CV 0550 (SCR) |
| | : | |
| Plaintiff, | : | **AFFIDAVIT OF** |
| | : | **DIANNA C. WYRICK** |
| | : | **IN SUPPORT OF MOTION** |
| v. | : | **TO ADMIT COUNSEL** |
| | : | **PRO HAC VICE** |
| ALLAN P. FEIGELSON, individually and doing | : | |
| business as ALLAN P. FEIGELSON, P.A., | : | |
| a dissolved corporation, and BANK OF AMERICA, | : | |
| N.A., | : | |
| Defendants. | : | |

-----------------------------------------------------------------------

STATE OF PENNSLYVANIA        )
                                                  :ss.:
COUNTY OF ALLEGHENY      )

       DIANNA C. WYRICK, being duly sworn, hereby deposes and says:

       1.       I am a member of the Bar of the State of Pennsylvania.  I submit this

affidavit in support of my application, pursuant to Local Civil Rule 1.3(c), to be

admitted pro hac vice for the purposes of representing defendants in connection with the

above-captioned action.  I have personal knowledge of the facts set forth below.

       2.       Attached hereto as Exhibit "A" is an original certificate which certifies that I

am a member in good standing of the bar in the Commonwealth of Pennsylvania.

WHEREFORE, I respectfully request the Court to grant my application, pursuant to Local Civil Rule 1.3(c), to be admitted pro hac vice for the purpose of representing defendants in connection with the above-captioned action.

Dianna C. Wyrick

Sworn to before me this
20 th day of March, 2008

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sandra L. Vogel, Notary Public
Hampton Twp., Allegheny County
My Commission Expires Feb. 11, 2010
Member, Pennsylvania Association of Notaries

Sandra L. Vogel,
Notary Public

**EXHIBIT A**



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Dianna Calaboyias Wyrick, Esq.*

### DATE OF ADMISSION

### *January 27, 1995*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  March 13, 2008**

*Patricia A. Nicola*

Patricia A. Nicola
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY PASCAL, individually and on behalf       :
of a class, ,                                  :
                                               :
                    Plaintiff,                 :
                                               :
v.                                             :         No.: 08 CV 0550 (SCR)
                                               :
ALLAN P. FEIGELSON, individually and           :         **PROOF OF SERVICE**
doing business as ALLAN P. FEIGELSON,          :
P.A., a dissolved corporation, and BANK OF     :
AMERICA, N.A.,                                 :
                                               :
                    Defendants.                :

STATE OF NEW YORK    )
                              ss.
COUNTY OF NEW YORK)

        Saritha C. Reddy, being duly sworn, deposes and says that: Deponent is not a party to this action, is over 18 years of age and is employed by Reed Smith, 599 Lexington Avenue, New York, New York, 10022.

        On March 26, 2008, Deponent served the within:

    1        Notice of Motion to Admit Counsel Pro Hac Vice;

    2        Affidavit of Andrew B. Messite In Support of Motion to Admit Counsel Pro Hac Vice and supporting documents;

    3        Affidavit of Dianna C. Wyrick In Support of Motion to Admit Counsel Pro Hac Vice and supporting documents upon the following:

Abraham Kleinman
Kleinman LLC
626 Rex Corp Plaza
Uniondale, NY 11556-0626

Cathleen M. Combs
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603

Jamie Rebecca Wozman
Shelowitz Broder LLP
11 Penn Plaza, 5th Floor
New York, NY 10001

Mark K. Anesh
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017

by depositing a true copy thereof enclosed in a securely sealed, properly addressed by First Class Mail, in an official depository under the exclusive care and custody of the United States Post Office within the City, County and State of New York.

Saritha C. Reddy

Sworn to before me this
26th day of March, 2008

Notary Public

SANDRA ANCHUNDIA-RAMOS
Notary Public, State of New York
No. 31-4919484
Qualified in Queens County
Commission Expires February 16, 20 10