*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

NANCY PASCAL, individually and on behalf of a class,

    Plaintiffs,

vs.

ALLAN P. FEIGELSON, individually and doing business as ALLAN P. FEIGELSON, P.A., a dissolved corporation, and BANK OF AMERICA, N.A.,

    Defendants.

------------------------------------------------------X

Case No. 08-CIV. 0550 (SCR)

SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that the firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, located at 199 Water Street, New York, New York 10038, (212) 232-1300, is substituted as attorneys of record for defendant ALLAN P. FEIGELSON, individually and doing business as, ALLAN P. FEIGELSON in place and stead of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as of the date hereof.

Dated:   New York, New York
           April 2, 2008

4844-5295-6418.1



LEWIS BRISBOIS BISGAARD & SMITH LLP

By: Mark K. Anesh
199 Water Street, 25th Floor
New York, NY 10038
(212) 232-1300

ALLAN P. FEIGELSON, individually and doing business as ALLAN P. FEIGELSON, P.A.

By: Allan P. Feigelson

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:
150 East 42nd Street
New York, New York 10017
(212) 490-3000
File: 04824.00011

SO ORDERED:

Honorable Stephen C. Robinson
United States District Judge

DATED: 5/15/08

4844-5295-6418.1