

SCANNED ORIGINAL

Andrew B. Messite (ABM-3748)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 521-5445

*Attorneys for Defendant Bank of America, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NANCY PASCAL, individually and on
behalf of a class,
        Plaintiff,

v.

ALLAN P. FEIGELSON, individually and doing
business as ALLAN P. FEIGELSON, . .A
a dissolved corporation, and BANK OF AMERICA,
N.A.,
        Defendants.
----------------------------------------------------------

08 CV 0550 (SCR)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying affidavits of Andrew B. Messite, sworn March 19, 2008 and Dianna C. Wyrick sworn to March 20, 2008 and the exhibits annexed thereto, and upon all prior proceedings had herein, defendants Bank of America, N.A. will move this Court, Hon. Stephen C. Robinson at the United States Courthouse, 300 Quarropas St., White Plains, NY 10601, at a date and time to be designated by the Court, for an Order, pursuant to Local Civil Rule 1.3(c), admitting Dianna C. Wyrick to the bar of this Court, pro hac vice, solely for the purpose of representing defendant Bank of America, N.A. in connection with the above-captioned action, and for such other and further relief as this Court deems proper.

Dated: New York, New York
      March 20, 2008



REED SMITH LLP

By: *[signature]*
Andrew B. Messite (ABM-3748)
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5445
Fax (212) 521-5450
amessite@reedsmith.com

*Counsel for Defendant*
*Bank of America, N.A.*

**To:**
Abraham Kleinman
Kleinman LLC
626 Rex Corp Plaza
Uniondale, NY 11556-0626
akleinman@solve360.com

Cathleen M. Combs
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603
ccombs@edcombs.com

*Counsel for Plaintiff Nancy Pascal*

Jamie Rebecca Wozman
Shelowitz Broder LLP
11 Penn Plaza, 5th Floor
New York, NY 10001
wozmanj@wemed.com

Mark K. Anesh
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

*Counsel for Allan P. Feigelson and Allan P. Feigelson, P.A.*

ORIGINAL

Andrew B. Messite (ABM-3748)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 521-5445

*Attorneys for Defendants Bank of America, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NANCY PASCAL, individually and on
behalf of a class,

        Plaintiff,

      v.

ALLAN P. FEIGELSON, individually and doing
business as ALLAN P. FEIGELSON, P.A.,
a dissolved corporation, and BANK OF AMERICA,
N.A.,

        Defendants.
-----------------------------------------------------------------

Case No. 08 CV 0550 (SCR)

**AFFIDAVIT OF ANDREW B. MESSITE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STATE OF NEW YORK  )
                     : ss.:
COUNTY OF NEW YORK  )

Andrew B. Messite, being duly sworn, hereby deposes and says as follows:

1.    I am a member of Reed Smith LLP, counsel for Defendant Bank of America, N.A. in connection with the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion to admit Dianna C. Wyrick as counsel *pro hac vice* to represent Defendant Bank of America, N.A.

2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1990. I am also admitted to the bar of the United States District Courts for the Southern and Eastern Districts of New York, and am in good standing in each Court.

3. Ms. Wyrick is a member of Reed Smith LLP, in Pittsburgh, Pennsylvania.

4. I have found Ms. Wyrick to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court.

5. Accordingly, I am pleased to move the admission of Dianna C. Wyrick.

6. I respectfully submit a proposed order granting the admission of Dianna C. Wyrick, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Dianna C. Wyrick, *pro hac vice*, to represent Defendant Bank of America, N.A. in the above-captioned matter, be granted.

ANDREW B. MESSITE (ABM-3748)

Sworn to before me this
19th day of March, 2008.

Notary Public

SANDRA ANCHUNDIA-RAMOS
Notary Public, State of New York
No. 31-4919484
Qualified in Queens County
Commission Expires February 16, 20 10

APPLICATION GRANTED

HON. STEPHEN C. ROBINSION

- 2 -